IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02287-ZLW-MJW

VICKIE L. BROWN,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST, and
WELLS FARGO BANK, N.A., AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2010-3 ASSET-BACKED PASS-THROUGH CERTIFICATES,

    Defendants.

_____

ORDER
_____

The matter before the Court is Plaintiff's Petition For Temporary Injunction (Doc. No. 2). This motion was referred to Magistrate Judge Michael J. Watanabe pursuant to Fed. R. Civ. P. 72 and D.C.COLO.LCivR 72.1C. On September 28, 2010, the Magistrate Judge issued his Recommendation that Plaintiff's Petition For Temporary Injunction be denied (Doc. No. 5). No party filed objections to the Recommendation.

Having reviewed the record and the Recommendation, the Court is satisfied "that there is no clear error on the face of the record."[1] Accordingly, the Court accepts and adopts the Recommendation in its entirety, and it is

---

[1] See Fed. R. Civ. P. 72(b) advisory committee's note; Summer v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991); Thomas v. Arn, 474 U.S. 140, 150 (1985).

ORDERED that Plaintiff's Petition For Temporary Injunction (Doc. No. 2) is denied.

DATED at Denver, Colorado, this 20th day of October, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court